HAND WRITTEN COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RECEIVED CLERK'S OFFICE
2018 MAY 24 AM 9:53
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

TRAVISE HULEY
   PLAINTIFF

vs.

JOHN AND OR JANE DOES
   DEFENDANTS

NO. 5:18 - CV - 00079 - MTT - CHW

## SUPPLEMENTED COMPLAINT

COMES NOW TRAVISE HULEY, PLAINTIFF OF THE ABOVE STYLED ACTION, IN GOOD FAITH AND IN COMPLIANCE TO THIS COURT'S ORDER TO PROVIDE ADDITIONAL INFORMATION AS TO THE DESCRIPTION OF THE OFFENDERS OF THE JANUARY 25, 2018 INCIDENT AT THE WILKINSON COUNTY SHERIFF'S DEPARTMENT. PLAINTIFF STATES AND WILL SHOW THAT AN ATTEMPT WAS MADE VIA LETTER TO SAID SHERIFF'S DEPARTMENT TO OBTAIN ALL NAMES IN QUESTION ONLY TO HAVE SAID LETTER "RETURNED TO SENDER". PLAINTIFF'S DESCRIPTIONS TO IDENTIFY THE PERSONS INVOLVED ARE AS FOLLOWS:

I. PLAINTIFF RECALLS SPECIFICALLY FOUR DEPUTIES; TWO CAUCASIAN AND TWO AFRICAN AMERICAN. OF THE TWO AFRICAN AMERICANS, ONE WAS APPROXIMATELY SIX FEET, ONE INCH TALL WITH A MEDIUM BROWN COMPLEXION. THE OTHER THAT ACTUALLY INITIATED THE ATTACK WAS APPROXIMATELY FIVE FEET, FIVE INCHES TALL WITH A DARK COMPLEXION. BOTH WERE MEN.

II. OF THE TWO CAUCASIAN MEN, ONE WAS APPROXIMATELY SIX FEET, ONE INCH TALL WITH DARK BROWN HAIR. THIS OFFICER ACTUALLY TRANSPORTED THE PLAINTIFF TO LAURENS COUNTY JAIL MOMENTS AFTER THE ATTACK. THE OTHER, LAST NAME MCDADE, IS APPROXIMATELY SIX FEET, FOUR INCHES TALL WITH MEDIUM BROWN HAIR. HE ACTUALLY SLAPPED A CUP OUT OF MY HAND AND CHOKED ME WHILE I WAS BEING TAZED, CAUSING DAMAGE TO MY THROAT, NECK, AND BACK. "MCDADE" WAS ALSO THE VERBALLY ABUSIVE ONE THAT THREATENED MY FAMILY, THREATENED ME WITH FOUR NEW CHARGES, AND BRAGGED THAT "THE STATE OF GEORGIA WILL PAY FOR MY LAWYER".

III. ALL OFFICERS WORE BODY CAMERAS. THERE WERE FOUR CAMERAS INSIDE THE JAIL ITSELF THAT CAPTURED FOOTAGE OF THE INCIDENT WHICH HAS BEEN REVIEWED BY CAPTAIN ENRIQUE MARCUS, SHERIFF RICHARD CHATMAN, AND GBI SPECIAL AGENTS JACKIE GITTENS AND NIKI SIMMONS OF THE REGION FIELD OFFICE NUMBER 6 OF MILLEDGEVILLE, GEORGIA; PHONE NUMBER: 478-445-4173.

## CONCLUSION

There were four (4) different body cameras and four (4) different hall and dorm cameras that captured audio and video footage of the incident. In addition, said agents recorded statements from approximately thirty (30) witnesses to the incident. Plaintiff prays these descriptions and information are adequate. Again, the only name plaintiff remembers is Officer McDade.

## CERTIFICATE OF SERVICE

I, Travise Huley, hereby certify that a true and exact copy of the above has been mailed to the Clerk of the District Court, Macon Division via United States Postal Service at the following address:

OFFICE OF THE CLERK
U.S. DISTRICT COURTS, MACON DIVISION
P.O. BOX 128
MACON, GEORGIA 31202-0128

Respectfully submitted this 18th day of May, 2018.

Travise Huley #1044668

Georgia Diagnostic & Classification Prison
P.O. Box 3877
Jackson, Georgia 30233-3877

* CERTIFIED BY UNITED STATES POSTAL SERVICE DELIVERY *